**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Andrea M DelRossi<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−8903<br>EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   12−24837−JNP

# Order of Discharge                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Andrea M DelRossi

4/10/17                                         **By the court:** Jerrold N. Poslusny Jr.
                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                   Case No. 12-24837-JNP
Andrea M DelRossi                                                        Chapter 13
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                   Date Rcvd: Apr 10, 2017
                               Form ID: 3180W               Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2017.
db             +Andrea M DelRossi,    4720 Andorea Drive,    Mays Landing, NJ 08330-2841
cr             +PNC Bank, National Association,    c/o Jordan S. Blask, Esq.,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
513119942      +Goldman And Warshaw,    34 Maple Avenue,    Suite 101,   Pine Brook, NJ 07058-9394
513409650       Mid First Bank,    P.O. Box 26648,   Oklahoma City, OK 73126-0648
513119945      +Midland Funding,    Pressler And Pressler,    7 Entin Road,    Parsipanny, NJ 07054-5020
513140420      +PNC Bank,    P.O. Box 94982,    Cleveland, OH 44101-4982
513281416     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: New Jersey Division of Taxation,
                  Compliance and Enforcement-Bankrupty Uni,    50 Barrack Street-9th Floor,
                  Trenton, New Jersey 08695-0267)
513119946      +State Of New Jersey,    MVC Surcharges,    PO Box 4850,   Trenton, NJ 08650-4850
513275513       Surcharge Administration Office,    State of New Jersey,    PO Box 136 4th Floor,
                 Trenton, NJ 08666-0136
513119947      +Vineland Muncipal Court,    640 East Wood Street,    Vineland, NJ 08360-3722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2017 22:32:43       U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2017 22:32:39       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513205535       EDI: AIS.COM Apr 10 2017 22:08:00       American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK   73126-8941
513435650      +EDI: OPHSUBSID.COM Apr 10 2017 22:08:00       Azurea I, LLC,   c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
513178562       EDI: BANKAMER2.COM Apr 10 2017 22:08:00       FIA CARD SERVICES, N.A.,   PO Box 15102,
                 Wilmington, DE 19886-5102
513119941      +E-mail/Text: bknotice@erccollections.com Apr 10 2017 22:32:47       Enhanced Recovery Company,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
513119943      +EDI: IRS.COM Apr 10 2017 22:08:00       Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
513119944      +EDI: LEADINGEDGE.COM Apr 10 2017 22:08:00       Leading Edge Recovery Solutions,
                 5440 North Cumberland Avenue,    Suite 300,   Chicago, IL 60656-1486
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
```

```
District/off: 0312-1          User: admin               Page 2 of 2               Date Rcvd: Apr 10, 2017
                              Form ID: 3180W            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Dori L. Scovish    on behalf of Creditor    MIDFIRST BANK doris@efwlaw.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com, agilbert@tuckerlaw.com;tbaldridge@tuckerlaw.com
          Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Moshe  Rothenberg    on behalf of Debtor Andrea M DelRossi mosherothenbergbkesq@gmail.com, alyson@mosherothenberg.com

                                                                                                                   TOTAL: 11